RECEIVED
IN LAKE CHARLES, LA
AUG 31 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ALBERT J. MANUEL | : | DOCKET NO. 04-2228 |
| VS. | : | JUDGE TRIMBLE |
| O. KENT ANDREWS, ET AL | : | MAGISTRATE JUDGE WILSON |

## ORDER

Before the Court is a "Motion for a Temporary Restraining Order and Preliminary Injunction" [doc. #4] and a letter, [doc. #9] filed by Plaintiff, Albert J. Manuel. At the time the motion was filed, mover was seeking to enjoin defendants to provide him with "medically appropriate wheelchair accessible transportation for the purpose of substantiated clinic appointments and an appropriate course of medical treatment and physical therapy for his feet." Plaintiff also sought arrangements to be examined by a qualified orthopedic specialist as well as an evaluation of his surgically amputated toe with prescribed medications.

On January 18, 2005, Defendant, O. Kent Andrews filed a "Suggestion of Death" [doc. #13] in the record informing the Court that Plaintiff, Albert J. Manuel is now deceased. Accordingly,

**IT IS ORDERED** that the motions for temporary and preliminary injunction [docs. #4 & 9] are **DENIED** as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31st day of August, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE