RECEIVED
IN LAKE CHARLES, LA
APR 21 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| ALBERT MANUEL | : | DOCKET NO. 2:04-cv-2228 |
| --- | --- | --- |
|  |  | Section P |
| VS. | : | JUDGE TRIMBLE |
| O. KENT ANDREWS, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF DISMISSAL

On January 18, 2005, a "FRCP 25(a)(1) Suggestion of Death" was filed in the record by the defendants, suggesting that the plaintiff, Albert Manuel, died during the pendency of these proceedings. Following the death of a party, the court must dismiss the action as to the deceased party unless any party moves for substitution no later than 90 days after the death is suggested upon the record. No motion to substitute has been made by the successors or representatives of the deceased party. Accordingly,

IT IS ORDERED that the Albert Manuel's claims against the defendants be and they are hereby DISMISSED pursuant to FRCP 25(a)(1).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 21st day of April, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE